**\*E-FILED\***
**July 5, 2005**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO VILLAFLOR,<br><br>   Plaintiff,<br>v.<br><br>SCDRG, INC., et al.,<br><br>   Defendants.      / | No. C 05-01094 RS<br><br>**ORDER RE: SETTLEMENT;**<br>**STAND-BY ORDER TO SHOW**<br>**CAUSE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates the Case Management Conference set for July 27, 2005. The parties are required to file a stipulation of dismissal by **August 24, 2005**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 31, 2005 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: July 5, 2005

/s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Lawrence G. Townsend, Esq.
ltownsend@owe.com

William J. Brucker, Esq.,
Wbrucker@stetinalaw.com

David A. Segal, Esq.
Dsegal@gibsondunn.com

Dated: July 5, 2005

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg