William J. Brucker (152,551)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, California  92656
Tel: (949) 855-1246
Fax: (949) 855-6371
litigate@stetinalaw.com
Attorneys for Defendant SCDRG, INC.

*E-FILED 8/23/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANCISCO VILLAFLOR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SCDRG, INC., a California corporation; COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., a Delaware corporation; and ORANGE COUNTY'S UNITED WAY, a California corporation,<br><br>Defendants. | CASE NO.: 05-CV-01094 RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

WHEREAS, Plaintiff FRANCISCO VILLAFLOR and Defendants SCDRG, Inc., and COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., ORANGE COUNTY UNITED WAY, have completed and executed a settlement agreement resolving all claims raised in the present civil action.

NOW, THEREFORE, IT IS STIPULATED AND AGREED by such Parties, through their undersigned counsel of record, that any and all claims raised in this action

with respect to such Parties are dismissed in their entirety with prejudice.  Each party to bear its own costs and attorneys' fees.

|  |  |
|---|---|
|  | STETINA BRUNDA GARRED & BRUCKER |
| Dated:  August 17, 2005 | By:/s/William J. Brucker<br>As the filing attorney, I attest that the foregoing is accepted by counsel signing below<br>William J. Brucker<br>Attorneys for Defendant<br>SCDRG, INC. |
|  | LAW OFFICES OF<br>LAWRENCE G. TOWNSEND |
| Dated:  August 17, 2005 | By:/s/Lawrence G. Townsend<br>Lawrence G. Townsend<br>Attorneys for Plaintiff<br>FRANCISCO VILLAFLOR |
|  | COOPER, WHITE & COOPER LLP |
| Dated:  August 17, 2005 | By:/s/ Jie-Ming Chou<br>Jie-Ming Chou<br>Attorneys for Defendant<br>COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., |
|  | GIBSON, DUNN & CRUTCHER LLP |
| Dated:  August 17, 2005 | By:/s/ David A. Segal<br>David A. Segal<br>Attorneys for Defendant<br>ORANGE COUNTY UNITED WAY |

IT IS SO ORDERED.

Dated: 8/23/05            /s/ Richard Seeborg

United States ~~District Judge~~
Magistrate Judge